**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

==========================================x

| | |
|---|---|
| In re: | Chapter 11 |
| RAYMOND FASHIONS & JEWELERS INC, | Case No. 24-11443 (DSJ) |
| Debtor. | |

==========================================x

**ORDER PURSUANT TO 11 U.S.C. § 362(d)**
**MODIFYING THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. § 362(a)**

Upon the motion, dated October 21, 2024, (the "Motion"), of 1940 Realty LLC (with any subsequent successor or assign, the "Landlord Creditor"), for an order, pursuant to section 362(d) of title 11 of the United States Code (the "Bankruptcy Code"), vacating the automatic stay imposed in this case by section 362(a) of the Bankruptcy Code as to the Creditor's interests in a Leasehold for certain retail space: the store and basement in the building known as and located at 2083 Starling Avenue, Bronx, New York 10462 (the "Property") to allow the Creditor's enforcement of its rights in, and remedies in and to, the Property/Leasehold; and due and proper notice of the Motion having been made on all necessary parties; and the Court having held a hearing on the Motion on November 12, 2024; and there being no opposition to the requested relief; and the Court having directed the Creditor on the record of the Hearing to settle an order on five days' notice on the Debtor; and the Creditor having settled, without objection, this form of order on the Debtor; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing, it is hereby

ORDERED that the Motion is granted as provided herein; and it is further

ORDERED that the automatic stay imposed in this case by section 362(a) of the Bankruptcy Code is vacated under section 362(d) of the Bankruptcy Code as to the Creditor's interests in the Property/Leasehold to allow the Creditor's enforcement of its rights in, and

remedies in and to, the Property/Leasehold, including, without limitation, loss mitigation, foreclosure, and eviction proceedings.

Dated: New York, New York
November 13, 2024

*s/ David S. Jones*
Honorable David S. Jones
United States Bankruptcy Judge